IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| EUGENE WILLIAMS, | : | |
| --- | --- | --- |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:11-CV-11 (MTT) |
| BUTCH REECE, *et al.*, | : | |
| Defendants | : | **ORDER** |

On January 7, 2011, plaintiff **EUGENE WILLIAMS**, a pretrial detainee at the Wilkinson County Jail in Irwinton, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Plaintiff also sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). However, he failed to provide the Court with a certified copy of his trust fund account statement. Therefore, in an Order dated January 25, 2011, the Court ordered plaintiff to submit a certified copy of his trust fund account statement. Plaintiff was given until February 8, 2011 to comply and was told that his failure to submit the statement would result in dismissal of his complaint. Plaintiff failed to respond to the January 25, 2011 Order.

Additionally, the Court notes that mail sent to Plaintiff has been returned as undeliverable. It appears that Plaintiff has been released from the Wilkinson County Jail. However, he has not provided the Court with his current address.

Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 17th day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb